**Order entered March 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01476-CR

### JOSE FRANCISCO ORTEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F01-52273-M**

## ORDER

The Court has received the *Anders* brief filed by counsel. In reviewing the record, we note that hearings were conducted in this case on October 22, 2001 and November 19, 2001. The Court has not received the reporter's records from those hearings.

Accordingly, we **ORDER** Belinda Baraka, as official court reporter of the 194th Judicial District Court, to coordinate with all other court reporters who recorded proceedings in this case and to file, within **THIRTY DAYS** of the date of this order, either the reporter's records of the October 22, 2001 and November 19, 2001 hearings or written verification that the hearings were not recorded.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Belinda Baraka, official court reporter, 194th Judicial District Court, and to counsel for all parties.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE